Joseph W. Masters, Respondent, v. Addie Fromme, as Executrix, etc., of Jacob Fromme, Deceased, Appellant. — Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ., concurred.

Fourth National Realty Company, Respondent, v. Josiah H. Goodale and Others, Appellants. — Motion granted, without costs, and case set down for Thursday, June 26, 1913. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

In the Matter of William H. White, an Attorney. — The motion of the Bar Association to confirm the report of the official referee herein is granted, and Mr. White is directed to appear at the bar of this court on Thursday, June 26, 1913, at one o'clock P. M. Present — Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ.

Lottie Loew, Respondent, v. Charles A. McInerney and Others, Appellants. — Motion for stay granted, upon condition that the defendants pay the expenses of advertising before the time fixed for sale, with leave to plaintiff to apply for a modification or vacation of the stay, upon proof of the commencement of an action to foreclose a prior mortgage. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

Jeanette S. Brownrigg, Respondent, v. Leo W. Brownrigg, Appellant. — Motion to resettle order granted upon condition that defendant proceed with the trial of the action when reached upon the present calendar of the Special Term of this court; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

G. Edgar Allen, as Trustee in Bankruptcy, etc., Respondent, v. Samuel E. Bailey and Another, Appellants. — Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Fred Bauer, an Infant, etc., by Jacob Bauer, His Guardian ad Litem, Appellant, v. Montague Mailing Machinery Company, Respondent. — Motion for reargument or for leave to appeal to the Court of Appeals denied. If the defendant feels aggrieved by the erroneous statement as to the act of 1902 * no doubt leave will be granted to it at Special Term to serve such amended answer as deemed advisable without terms. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

In the Matter of the Application and Petition of John A. Bensel and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate, etc., in the Towns of Yorktown and New Castle, Westchester County, etc. — Motion granted, without costs. Present —

---

* See Laws of 1902, chap. 600, which was stated to have been repealed by Labor Law (Consol. Laws, chap. 31; Laws of 1909, chap. 36), art. 14, as amd. by Laws of 1910, chap. 352. — [REP.

Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.   Order to be settled before Mr. Justice Putnam.